UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STEINY & COMPANY, INC.,<br><br>Defendant. | Case No.  4:15-cv-02770-DMR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to the Court's unavailability, the Case Management Conference previously scheduled for September 23, 2015 at 1:30 p.m. has been RESCHEDULED to **October 7, 2015 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Joint Case Management Statement is due no later than September 30, 2015**.**

Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

**IT IS SO ORDERED.**

Dated: September 2, 2015

_____
DONNA M. RYU
United States Magistrate Judge